U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Mr. Alseny Ben Bangoura

vs.

State Department Federal Credit Union

No. 1:07-CV-01941 RCL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before United States Magistrate Judge; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 08-30-1976.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:03 am on November 1, 2007, I served State Department Federal Credit Union at 1630 King Street, Alexandria, Virginia 22314 by serving Janelle Portare, Fraud Investigator, authorized to accept. Described herein:

```
     SEX-    FEMALE
     AGE-    35
  HEIGHT-    5'4"
    HAIR-    BLACK
  WEIGHT-    120
    RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 11-1-07
Date

MICHAEL R. REEDER
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196640