**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| **ALSENY BEN BANGOURA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-1941 (RCL)** |
| ) | |
| **STATE DEPARTMENT FEDERAL** ) | |
| **CREDIT UNION,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

Defendant State Department Federal Credit Union has filed an answer.  Therefore, a

Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff

and defendant.  Within ten (10) days thereafter, a report shall be filed with the Court, along with

a proposed scheduling order.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 5, 2007.