U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Mr. Alseny Ben Bangoura

vs.

State Department Federal Credit Union


No. 1:07-CV-01941 RCL

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:59 am on November 29, 2007, I served State Department Federal Credit Union at Fort McNair, Building 41, 4th & P Streets, SE, Washington, DC by serving Melissa Barczik, Teller Supervisor, authorized to accept.  Described herein:

```
   SEX-   FEMALE
   AGE-   35
HEIGHT-   5'6"
  HAIR-   RED
WEIGHT-   160
  RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___11/29/07___
            Date

_____
DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 198024