IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. ALSENY BEN BANGOURA,<br>12813 HOLDRIDGE ROAD<br>SILVER SPRING, MD  20906<br><br>    Plaintiff,<br><br>  v.<br><br>STATE DEPARTMENT FEDERAL<br>CREDIT UNION,<br><br>    Defendant. | Case No. 1:07-CV-01941<br>Judge Royce C. Lamberth |

## JOINT LOCAL RULE 16.3 REPORT

The parties to this action, Mr. Alseny Ben Bangoura and the State Department Federal Credit Union, submit this joint report in accordance with the Court's Order and pursuant to Local Rule 16.3 and state as follows:

1. The parties do not agree that this matter is likely to be disposed of by dispositive motion.

2. The parties agree that any additional parties will be joined or pleadings amended by February 1, 2008.

3. The parties do not agree to assign this matter to a magistrate judge.

4. The parties agree that it is too soon to determine whether the case has a realistic chance of settlement.  The parties will continue to consider the possibility of settlement as discovery progresses.

5. The parties do not believe that the case will benefit from the Court's ADR program at this time, however, the parties believe it may be beneficial after the close of discovery.

6. The parties propose that dispositive motions be due thirty days after the close of discovery.

7. The parties agree that initial disclosures under Rule 26(a)(1) will be made by January 14, 2008.

8. The parties propose a discovery cut off date of May 16, 2008. The parties do not anticipate the need for a protective order during discovery but will address that issue should the need arise.

9. The parties do not propose any changes to the Rule 26(a)(2) requirements. At this time, the parties have not determined whether there will be a need for experts in this matter.

10. Not applicable.

11. The parties agree that the trial of this matter need not be bifurcated.

12. The parties propose that the pretrial conference be scheduled in September 2008.

13. The parties request that the Court set a firm trial date at the pretrial conference.

14. The parties have no other matters to report.

Respectfully submitted,


 /s/ Rafael Alfonzo                                        /s/ Kirsten Keating
Stephen Hanlon (D.C. Bar # 481751)            F. Joseph Nealon (DC Bar # 218966)
Rafael Alfonzo (D.C. Bar # 478524)             Kirsten E. Keating (DC Bar # 453500)
Holland & Knight LLP                                   Ballard Spahr Andrews & Ingersoll, LLP
2099 Pennsylvania Avenue, N.W., Suite 100   601 13th Street NW, Suite 1000 South
Washington, D.C. 20006                               Washington, D.C. 20005
(202) 955-3000/Fax 955-5564                       (202) 661-2201/Fax 661-2299
steve.hanlon@hklaw.com                            nealon@ballardspahr.com
rfael.alfonzo@hklaw.com                            keating@ballardspahr.com

*Counsel for Plaintiff*                                  *Counsel for Defendant*

# 5023471_v1