IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. ALSENY BEN BANGOURA,<br>12813 HOLDRIDGE ROAD<br>SILVER SPRING, MD  20906<br><br>Plaintiff,<br><br>v.<br><br>STATE DEPARTMENT FEDERAL<br>CREDIT UNION,<br><br>Defendant. | FILED<br>JAN 0 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Case No. 1:07-CV-01941<br>Judge Royce C. Lamberth |

## SCHEDULING ORDER

Upon consideration of the consent motion for entry of a Scheduling Order to manage discovery that was submitted by the parties, and pursuant to the provisions of Fed. R. Civ. P. 16(b) and Local Rule 16.4, it is hereby

**ORDERED,** that the provisions of Fed. R. Civ. P. 30 shall control the number of depositions which may be conducted by each party; and it is further

**ORDERED,** that the provisions of Fed. R. Civ. P. 33(a) shall control the number of interrogatories which may be propounded by a party; and it is further

ORDERED, that the provisions of Fed. R. Civ. P. 26(a)(2) shall control the disclosure of expert witnesses; and it is further

**ORDERED,** that the following schedule shall control the conduct of this case:

| **Event** | **Date** |
|---|---|
| Deadline for Amendment of Pleadings | February 1, 2008 |

| | |
|---|---|
| Deadline for Rule 26(a)(1) disclosures | January 14, 2008 |
| Expert Witness Disclosures | March 1, 2008 |
| Rebuttal Expert Witness Disclosures | April 1, 2008 |
| Close of all discovery | May 16, 2008 |
| Deadline for Dispositive Motions | June 16, 2008 |

Pretrial Conference (date to be determined by the Court)

Trial (date to be determined by the Court)

**SO ORDERED.**

Dated: 1/7/08

Judge Royce C. Lamberth