IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

MR. ALSENY BEN BANGOURA, )
12813 HOLDRIDGE ROAD )
SILVER SPRING, MD 20906 )
)
)
)
  Plaintiff, )
)
v. )  Case No.: 1:07-CV-01941
)
STATE DEPARTMENT FEDERAL )
CREDIT UNION, )
)
  Defendant. )

## JOINT STIPULATION OF DISMISSAL

Plaintiff Alseny Ben Bangoura and Defendant State Department Federal Credit Union stipulate that they have entered into a settlement agreement covering all the matters in this action and respectfully request this Court to dismiss this action with prejudice.

Ballard Spahr Andrews & Ingersoll, LLP
Attorneys for State Department Federal
  Credit Union
601 13th Street, N.W., 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Fax: (202) 661-2299
Email: keating@ballardspahr.com

By: _____
    Kirsten E. Keating (#453500)

Holland & Knight LLP
Attorneys for Alseny Ben Bangoura
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 419-2487
Fax: (202) 955-5564
Email: rafael.alfonzo@hklaw.com

By: _____
    Rafael E. Alfonzo (#478524)

# 5408102_v1