IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. ALSENY BEN BANGOURA,<br>12813 HOLDRIDGE ROAD<br>SILVER SPRING, MD 20906<br><br>          Plaintiff,<br><br>     v.<br><br>STATE DEPARTMENT FEDERAL<br>CREDIT UNION,<br><br>          Defendant. | Case No.: 1:07-CV-01941 |

## MOTION TO WITHDRAW

Plaintiff Alseny Ben Bangoura and Defendant State Department Federal Credit Union move to withdraw the document entitled "Settlement Agreement," which was filed erroneously along with the Joint Stipulation of Dismissal.

Ballard Spahr Andrews & Ingersoll, LLP
Attorneys for State Department Federal
    Credit Union
601 13th Street, N.W., 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Fax: (202) 661-2299
Email: keating@ballardspahr.com

By:  /s/ Kirsten Keating
        Kirsten E. Keating (#453500)

Holland & Knight LLP
Attorneys for Alseny Ben Bangoura
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
Telephone: (202) 419-2487
Fax: (202) 955-5564
Email: rafael.alfonzo@hklaw.com

By:  /s/ Rafael Alfonzo
        Rafael E. Alfonzo (#478524)

# 5460133_v1