UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALSENY BEN BANGOURA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1941 (RCL) |
| ) | |
| STATE DEPARTMENT FEDERAL ) | |
| CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the parties' joint motion [11] to withdraw the document titled "settlement agreement," which was filed along with the joint stipulation of dismissal, it is hereby

ORDERED that the motion [11] be, and is hereby GRANTED.

Further, the Clerk is directed to return the settlement agreement to counsel and remove it from the record.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on July 16, 2008.